In the Matter of the Accounting of HENRY B. FULLER et al., as Executors of CELIA K. FULLER, Deceased.

OTTILLIE N. DANNEMAN et al., as Executrices of CELIA K. FULLER, Deceased, et al., Appellants; HENRY B. FULLER, Respondent.

(Argued May 6, 1930; decided June 3, 1930.)

*Harry G. Anderson* and *Benjamin T. Hock* for appellants.
*Murray Corrington* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.  Not sitting: LEHMAN, J.